

Electronically Filed

**Entered on Docket
March 12, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

___

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
America's Servicing Company
09-76270 / xxxxxx0601

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In Re:

Pedro L. Ramirez and Wendy Jo Ramirez

Debtors.

BK-S-06-12770-bam

MS Motion No.
Date:
Time:

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments(s) at $2,226.06 (October 1, 2009 - January 1, 2010) | $8,904.24 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Accrued Late Fees | $2,688.12 |
| Less Suspense | -($ 779.79) |
| Total | $11,712.57 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,952.10 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 20, 2010 payment and continuing throughout and concluding on or before June 20, 2010. The sixth final payment in the amount of $1,952.07 shall be paid on or before July 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the Febuary 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 317 Green Leaf Glen Street, Henderson, NV 89104, and legally described as follows:

Lot twenty four (24) in Block seven (7) of Highland Glen as shown by map thereof on file in Book 73 of Plats page 8 in the office of the county recorder of Clark county Nevada.

parcel ii

An Easement for ingress and egress over and across those certain common elements as described in the declaration of covenants conditions and restriction recorded may 26, 1996 in book 960528 as document NO. 01509 of official records.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

1. (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
2. Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
3. thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
4. State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE

GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A. Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Narrah F. Newark

By _____

Narrah F. Newark
Attorney for Debtors
201 LAS VEGAS BLVD., S., #350
Las Vegas, NV 89101

Nevada Bar No. 2763