**Entered on Docket**
**June 10, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
America's Servicing Company
09-76270 / xxxxxx0601

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

In Re:

Pedro L. Ramirez and Wendy Jo Ramirez

Debtors.

06-12770-bam

Motion no.
Date:
Time:

Chapter 13

## ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on May 21, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

3  Secured Creditor, America's Servicing Company its assignees and/or successors in interest, and Secured

4  Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally

5  described as 317 Green Leaf Glen Street , Henderson NV and legally described as follows:

6       Lot twenty four (24) in Block seven (7) of Highland Glen as shown by map thereof on file in
7  Book 73 of Plats page 8 in the office of the county recorder of Clark county Nevada.

8  parcel ii

9  An Easement for ingress and egress over and across those certain common elements as described in the
   declaration of covenants conditions and restriction recorded may 26, 1996 in book 960528 as document
10  NO. 01509 of official records.

11  pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete
12  possession of the subject property.

13       **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

14  **give Debtors at least seven business days' notice of the time, place and date of sale.**

15

16       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

17  withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee

18  of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its

19  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the

20  foreclosure sale.

21  Submitted by:

22  Wilde & Associates

23       **/S/GREGORY L. WILDE**
   By_____
24      **GREGORY L. WILDE, ESQ.**
      Attorney for Secured Creditor
25     212 South Jones Boulevard
      Las Vegas, Nevada 89107
26